No. ——. SCHMID *v.* EYMAN, WARDEN, ET AL. Application for writ of habeas corpus presented to MR. JUSTICE MARSHALL, and by him referred to the Court, denied.

No. ——. PETUSKEY ET AL. *v.* RAMPTON, GOVERNOR OF UTAH, ET AL. Motion for further extension of time to docket appeal granted. *A. Wally Sandack* on the motion.

No. 74. TAGGART ET AL. *v.* WEINACKER'S, INC. Sup. Ct. Ala. [Certiorari granted, *ante,* p. 813.] Motion of American Federation of Labor & Congress of Industrial Organizations for leave to file a brief as *amicus curiae* granted. *J. Albert Woll, Laurence Gold,* and *Thomas E. Harris* on the motion.

No. 830. CHAMBERS *v.* MARONEY, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. [Certiorari granted, *ante,* p. 900.] Motion of petitioner for appointment of counsel granted. It is ordered that *Vincent J. Grogan, Esquire,* of Pittsburgh, Pennsylvania, a member of the Bar of this Court, be, and he is hereby, appointed to serve as counsel for petitioner in this case.

No. 1178, Misc. LESER *v.* UNITED STATES ET AL. D. C. C. D. Cal. Application for bail presented to THE CHIEF JUSTICE, and by him referred to the Court, denied.